## LANCASTER v. BOYD.

LEWIS, J. The instructions complained of were substantially correct, and sufficiently covered the issues made by the pleadings ; and the evidence, though conflicting, warranted the verdict.

*Judgment affirmed. All the Justices concurring.*

Submitted April 5, — Decided April 24, 1901.

Motion for rehearing denied May 7, 1901.

Distress warrant. Before Judge Reece. City court of Floyd county. November 2, 1900.

*Henry Walker* and *C. A. Thornwell,* for plaintiff in error.
*Dean & Dean,* contra.

---

## SOUTHERN RAILWAY COMPANY v. CRAWFORD.

LEWIS, J. It having, at the March term, 1899, of this court (106 *Ga.* 870), been adjudicated that the plaintiff 's petition set forth a cause of action, and a careful examination of the record now here disclosing that on the trial had in the court below he introduced testimony supporting all the material allegations of his petition, the verdict in his favor was not contrary to law or to the evidence. This being so, the judgment denying a new trial should not be set aside, for no material error of law was committed on the investigation below ; and though the motion for a new trial contains numerous grounds, they do not, either singly or collectively, present any question of sufficient importance to require special mention or detailed discussion.

*Judgment affirmed. All the Justices concurring.*

Argued April 10, — Decided April 24, 1901.

Action for damages. Before Judge Hammond. City court of Griffin. January 31, 1901.

*Charlton E. Battle,* for plaintiff in error.
*Hoke Smith & H. C. Peeples* and *R. T. Daniel,* contra.